# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DERRICK JEROME ALLEN

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2019 CW 1363

DEC 0 6 2019

---

In Re:     Derrick Jerome Allen, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 681075.

---

**BEFORE:     McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED IN PART; WRIT DENIED IN PART.**   It appears that the district court has acted on the relator's "Motion to Reconsider Judgment," but relator has not received notice of the district court's ruling.   We remand this matter to the district court with instructions to send relator notice of its action on his motion.   In all other respects, the writ is denied.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT